# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | No. 844 |
|---|---|---|
| | : | |
| APPOINTMENT TO THE COURT OF | : | SUPREME COURT RULES DOCKET |
| JUDICIAL DISCIPLINE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2020, the Honorable Daniel D. McCaffery, Philadelphia, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years, commencing September 20, 2020.